

FILED

01/26/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0019

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 22-0019

FILED

JAN 25 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

SACRAMENTO JUAN DOMINGUEZ, JR.,

Defendant and Appellant.

ORDER

Sacramento Juan Dominguez Jr. moves this Court to request an out-of-time appeal. We deem his pleading a petition for an out-of-time appeal, pursuant to M. R. App. P. 4(6).

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

Dominguez states that he was sentenced on April 19, 2021, in the Valley County District Court. Dominquez states that at that time he "requested [his] court appointed counsel contact the Appellate Office to start [his] appeal." Dominguez adds that this was not done and that he contacted the Appellate Office on January 4, 2022, to learn that he should seek an appeal on his own behalf.

We conclude that Dominguez is entitled to an appeal. Dominguez has indicated that he is without counsel to represent him. He may be entitled to representation of counsel. Section 46-8-104, MCA. Therefore,

IT IS ORDERED that Dominguez's Petition for an Out-of-Time Appeal is GRANTED.

IT IS FURTHER ORDERED that the Appellate Defender Division is APPOINTED to represent Sacramento Juan Dominguez, Jr. The Appellate Defender Division shall have

thirty days from the date of this Order within which either to file a Notice of Appeal or a Motion to Rescind this Order Appointing Counsel.  In the event Dominguez qualifies for appointed counsel, the Appellate Defender Division shall immediately order the appropriate transcripts, if they have not been already ordered.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Appellate Defender Division, to counsel of record, and to Sacramento Juan Dominguez, Jr.

DATED this 25th day of January, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2